UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JESUS McGESHICK VALDEZ,
AUTUMN ANTONE, and
DEVON ALEXANDER HILLIARD,

       Defendants.
_____/

Case No. 2:25-CR-08

Hon. HALA Y. JARBOU
Chief U.S. District Judge

**SUPERSEDING**
**INDICTMENT**

The Grand Jury charges:

## COUNT 1
**(Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Fentanyl)**

Beginning in or about summer 2023, and continuing to on or about January 27, 2025, in Iron and Gogebic Counties, in the Western District of Michigan, Northern Division, and elsewhere, Defendants,

JESUS McGESHICK VALDEZ,
AUTUMN ANTONE, and
DEVON ALEXANDER HILLIARD,

knowingly and intentionally combined, conspired, confederated and agreed with each other, and other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

Concerning JESUS McGESHICK VALDEZ and DEVON ALEXANDER HILLIARD, the Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(vi)
21 U.S.C. § 841(b)(1)(C)

# COUNT 2
## (Possession with Intent to Distribute Controlled Substances)

On or about January 27, 2025, in Iron County, in the Western District of Michigan, Northern Division, Defendants,

JESUS McGESHICK VALDEZ and
AUTUMN ANTONE,

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute, a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance; heroin, a Schedule I controlled substance; cocaine, a Schedule II controlled substance; and cocaine base, a Schedule II controlled substance.

Concerning JESUS McGESHICK VALDEZ, the Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vi)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

# FORFEITURE ALLEGATION
## (Possession with Intent to Distribute Controlled Substances)

The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), and/or § 846, as set forth in Counts 1 and 2 of this Indictment, Defendants,

JESUS McGESHICK VALDEZ,
AUTUMN ANTONE, and
DEVON ALEXANDER HILLIARD,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

a. Approximately $3,257 in currency seized on January 27, 2025, from a black Chevrolet Suburban; and

b. Approximately $4,609 in currency seized on January 27, 2025, from an apartment on Cherry Street in Iron River, Michigan.

21 U.S.C. § 853(a)
21 U.S.C. § 853(p)
21 U.S.C. § 841
21 U.S.C. § 846
28 U.S.C. § 2461(c)

A TRUE BILL

_____[ /s/ Redacted ]_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

/s/ T. Greeley
_____
THEODORE J. GREELEY
Assistant United States Attorney