UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVON ALEXANDER HILLIARD,

Defendant.

_______________________________/

Case No. 2:25-cr-8-03

Hon. Hala Y. Jarbou

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 24, 2026, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R), recommending that Defendant's plea of guilty to Count 1 of the Superseding Indictment be accepted. Defendant is charged with a Title 21 drug offense with a mandatory minimum 10 years in prison, and the possibility of life in prison. Under 18 U.S.C. § 3143(a)(2), such a conviction requires mandatory remand. The R&R was duly served on the parties. No objections have been filed and the deadline for doing so expired on August 3, 2026. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 112) is **APPROVED and ADOPTED** as the opinion of the Court. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Superseding Indictment. The written plea agreement (ECF No. 114) is continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143. Defendant Devon Alexander Hilliard must

surrender to the to the Newaygo County Jail (1035 E James St, White Cloud, MI 49349), no later than August 12, 2026, at 4:30 PM, and shall be detained pending sentencing. If Defendant does not self-surrender by that deadline, the Court will issue a warrant for his arrest.

Dated: August 11, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE